

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00411-CV

| | | |
|---|---|---|
| T.B., Appellant | § | On Appeal from the 16th District Court |
| | § | of Denton County (22-4175-16) |
| V. | | |
| | § | August 22, 2024 |
| B.B., Appellee | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the trial court's judgment is affirmed in part and reversed and remanded in part. We affirm the divorce grant but reverse the cruelty finding. We also reverse the trial court's division of the marital estate, including all community property and debts, and we reverse all provisions regarding the Marton Precision Manufacturing, LLC stock. We modify the money judgment awarded to Mother from $504,754.64 to $455,230.19. We affirm the

remainder of the Final Decree and remand the case for a limited new trial solely on the issues of (1) the ground(s) for divorce and (2) a just and right division of the marital estate.

It is further ordered that each party shall bear their own costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr